## STATE v. JUSTICE (two cases).

Nos. 2572, 2582.　Decided May 28, 1914 (141 Pac. 109).

INDIANS—INTOXICATING LIQUORS—STATUTES. Comp. Laws 1907, section 4298, making the sale of intoxicating liquors to an Indian a felony, was repealed by Laws 1911, chap. 106, regulating the traffic in intoxicating liquors and making its sale, etc., to an Indian a misdemeanor, so far as to make a sale to a full-blooded Indian a misdemeanor instead of a felony.[1]

APPEAL from District Court, Fourth District; *Hon. A. B. Morgan,* Judge.

John R. Justice was convicted in two cases of selling intoxicants to an Indian. He appeals.

JUDGMENTS REVERSED, AND CASES REMANDED FOR RE-SENTENCE.

*J. A. Wilson* for appellant.

*A. R. Barnes,* Attorney-General, *E. V. Higgins,* and *G. A. Iverson,* Assistant Attorneys-General, for the State.

STRAUP, J.

There are two cases by the same title, Nos. 2572 and 2582. In each the defendant was convicted of selling intoxicants to an Indian of the whole blood, and was, under Comp. Laws 1907, section 4298, sentenced to imprisonment in the state prison. He appeals and contends that that section in such particular was repealed by chapter 106, Laws 1911. The contention is well founded. *State v. Carman,* 44 Utah, 353, 140 Pac. 670. Under the former section the act charged is a felony, under the latter a misdemeanor. The only sentence, therefore, which the court was authorized

---

[1] State v. Carman, 44 Utah, 353, 140 Pa 670.

to impose was for a misdemeanor. The judgments imposing the sentences are reversed and vacated; the cases remanded, with directions that the defendant be required to appear before the district court for resentence under section 65, chap. 106, Laws 1911.

McCARTY, C. J., and FRICK, J.. concur.